NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAGALE BROWN ROSTICK,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2023-1599

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00144-DAT, Judge David A. Tapp.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                              ROSTICK V. US

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

September 19, 2023
            Date                                    /s/ Jarrett B. Perlow
                                                    Jarrett B. Perlow
                                                    Clerk of Court

**ISSUED AS A MANDATE:** September 19, 2023